# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terrie Pritchett,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Beaty, LLC, a California limited liability company; and Does 1- 10,<br><br>　　　　Defendants. | Case No.: CV 20-10890-GW-PVCx<br><br>*Hon. George H. Wu*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: December 1, 2020<br>Trial Date:　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Terrie Pritchett's action against Defendant Beaty LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: May 13, 2021

_George H. Wu_
Hon. George H. Wu
United States District Judge